IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SVETLANA DVORTSOVA, *Plaintiff,* v. CITY OF PHILADELPHIA, *Defendant.* | CIVIL ACTION NO. 21-548 |

# ORDER

**AND NOW** this 27th day of July 2021, upon consideration of Defendant's Motion for Judgment on the Pleadings (ECF 5) and Plaintiff's Response (ECF 7), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.