## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SVETLANA DVORTSOVA,<br><br>              *Plaintiff,*<br>     v.<br><br>CITY OF PHILADELPHIA,<br><br>              *Defendant.* | CIVIL ACTION<br><br>NO. 21-548 |

## ORDER

**AND NOW**, this 9th day of February 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF 16), Plaintiff's Response (ECF 20), Defendant's Reply (ECF 22) and following oral argument (ECF 25), it **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.